UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTIMUM POWER SOLUTIONS LLC, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DELL INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:12-cv-04999-WHA<br><br>**FINAL JUDGEMENT OF NON-INFRINGEMENT**<br><br>Judge: Honorable William H. Alsup |

Pursuant to and for the reasons set forth in the Parties' Stipulation for Entry of Final Judgment as to Non-Infringement of U.S. Patent No. 5,781,784,

IT IS ORDERED AND ADJUDGED:

That this Final Judgment of Non-Infringement is in accordance with the Parties' Stipulation for Entry of Final Judgment as to Non-Infringement of U.S. Patent No. 5,781,784;

That, with respect to Plaintiff's claims against Defendant in this action, a final judgment of non-infringement be entered in favor of Defendant and against Plaintiff; and

That Defendant's counterclaims be dismissed without prejudice.

DATED: March 19, 2013.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE